PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Hakem Siryani

**Docket Number:** 11-00112-001
**PACTS Number:** 56728

**Name of Sentencing Judicial Officer:** HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 06/01/2011

**Original Offense:** SALE OR RECEIPT OF STOLEN GOODS, SECURITIES, MONEYS, etc.

**Original Sentence:** 2 years probation

**Type of Supervision:** Probation

**Date Supervision Commenced:** 06/01/11

**Assistant U.S. Attorney:** Leslie Schwartz, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Gary Mizzone (Assigned), 245 Peterson Avenue, Little Ferry, New Jersey 07424 (973) 785-8887

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On September 2, 2011, the offender was arrested in Jersey City, New Jersey on a charge of distribution of a controlled dangerous substance. . |
| 2 | The offender has violated the standard supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |
| | During an office visit on March 27, 2012, the offender admitted associating with Peter Ventricelli, a known felon. |

PROB 12C - Page 2
Hakem Siryani

I declare under penalty of perjury that the foregoing is true and correct.

By: Kenneth W. Manuel
U.S. Probation Officer
Date: 4/24/12

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.  Date of Hearing: 5/3/2012 @ 10:30
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4/25/2012
Date