UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 11-112 (SRC) |
| HAKEM SIRYANI | : | ORDER |

This matter having come before the Court on an initial appearance with respect to a Petition charging defendant Hakem Siryani with violating conditions of his supervision, filed by the United States Probation Office, for the District of New Jersey, in the presence of Paul J. Fishman, United States Attorney for the District of New Jersey (by Leslie Faye Schwartz, Assistant U.S. Attorney), and defendant Hakem Siryani (by Anthony Scordo, Esq.), and defendant Hakem Siryani having entered a not guilty plea to the violations contained in the Petition, and for good cause shown,

IT IS on this _____ day of May 2012, ORDERED THAT:

1. A hearing on the violations contained in the Petition is scheduled for May 29, 2012 at 1:00 p.m.

2. Bail on the instant Petition is set pursuant to the same conditions as those previously imposed with respect to defendant Hakem Siryani's probationary term.

3. Defendant Hakem Siryani is to abide by all the standard terms and conditions of his supervision. In particular, defendant shall not associate with any persons engaged in organized crime or in any criminal activity. Further, defendant

shall not associate with any person convicted of a felony, including Peter and Mark Ventricelli, unless granted permission to so by a probation officer.

_____
HON. STANLEY R. CHESLER
United States District Judge