PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Hakem Siryani　　　　　　　　　　**Docket Number:** 11-00112-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　**PACTS Number:** 56728

**Name of Sentencing Judicial Officer:** HONORABLE STANLEY R. CHESLER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 06/01/2011

**Original Offense:** SALE OR RECEIPT OF STOLEN GOODS, SECURITIES, MONEYS, etc.

**Original Sentence:** 2 years probation

**Type of Supervision:** Probation　　　　　　　　　　**Date Supervision Commenced:** 06/01/11

**Assistant U.S. Attorney:** Leslie Schwartz, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Gary Mizzone (Assigned), 245 Peterson Avenue, Little Ferry, New Jersey 07424 (973) 785-8887

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On September 2, 2011, the offender was arrested in Jersey City, New Jersey on a charge of distribution of a controlled dangerous substance. . |
| 2 | The offender has violated the standard supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |
| | During an office visit on March 27, 2012, the offender admitted associating with Peter Ventricelli, a known felon. |

PROB 12C - Page 2
Hakem Siryani

3   The offender has violated the special supervision condition which states 'ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

On June 27, 2012, the offender tested positive for marijuana during a random urine screen conducted by the undersigned officer via a five-panel instant test. The offender admitted to having smoked the substance on June 26, 2012.

4   The offender has violated the standard supervision condition which states 'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'

When questioned regarding the positive marijuana results, the offender reported that he smoked marijuana in furtherance of his cooperation with the Hudson County Prosecutor's Office, when meeting with the target of the investigation. The undersigned officer subsequently confirmed that the offender was never directed to meet with the target of the investigation on June 26, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

By: Gisella M. Bassolino
    Gisella M. Bassolino 2012.07.24 13:50:03 -04'00'
U.S. Probation Officer
    Carolee Ann Azzarello 2012.07.26 15:58:11 -04'00'
Date: 7/24/12

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7/30/12
Date

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

SUPERVISION UNIT
20 WASHINGTON PLACE
6th FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

July 24, 2012

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ  07101-0459

www.njp.uscourts.gov

The Honorable Stanley R. Chesler
United States District Judge
Martin Luther King Jr. Federal Building and Courthouse
P.O. Box 0999
Newark, New Jersey 07102-0999

RE:  SIRYANI, Hakem
     Docket No.: 11-00112-001
     **Notice of Amended Petition for Warrant or Summons for Offender Under Supervision and Amended Violation of Probation Report**

Dear Judge Chesler:

On June 1, 2011, Mr. Siryani appeared before Your Honor for sentencing on a charge of sale or receipt of stolen goods, securities, moneys, etc., and he received a two-year term of probation. The following special conditions were imposed: 75-days location monitoring, mental health evaluation, alcohol/drug testing/treatment, and self-employment restriction. He was also ordered to pay a $100 special assessment.

On September 2, 2011, just three months after sentencing, Mr. Siryani was arrested by the Jersey City Police Department and charged with distribution of a controlled dangerous substance. According to the arrest report, the offender was observed selling 100 percocet/endocet pills to a confidential informant. He was held in the Hudson County Correctional Institution on $75,000 bail.

On September 8, 2011, the offender was released after posting the bail with the assistance of a bail bondsman. On January 30, 2012, he was indicted by the Hudson County Prosecutor's Office under Indictment Number 2215-12-11. The case is pending adjudication.

Since submission of the initial petition requesting a summons (Form 12C) and violation of probation report (Form 12D), the offender has had further issues of noncompliance. The amended Form 12C and Form 12D are enclosed for Your Honor's review and consideration.

The Honorable Stanley R. Chesler
Page 2
July 24, 2012

The undersigned officer can be reached at 973-445-8120, should the Court wish to discuss this matter further.

                                            Respectfully submitted,

                                            WILFREDO TORRES, Chief
                                            U.S. Probation Officer

*Gisella M. Bassolino 2012.07.24 13:48:39 -04'00'*

By: Gisella M. Bassolino
    U.S. Probation Officer  *Carolee Ann Azzarello 2012.07.26 15:53:37 -04'00'*

/gmb