PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of offender:** Hakem Siryani

**Docket Number:** 11-00112-001
**PACTS Number:** 56728

**Name of Sentencing Judicial Officer:** HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 06/01/2011

**Original Offense:** SALE OR RECEIPT OF STOLEN GOODS, SECURITIES, MONEYS, etc.

**Original Sentence:** 2 years probation

**Type of Supervision:** Probation

**Date Supervision Commenced:** 06/01/11

**Assistant U.S. Attorney:** Leslie Schwartz, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Gary Mizzone (Assigned), 245 Peterson Avenue, Little Ferry, New Jersey 07424 (973) 785-8887

---

## PETITIONING THE COURT



[X] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On September 2, 2011, the offender was arrested in Jersey City, New Jersey on a charge of distribution of a controlled dangerous substance. . |
| 2 | The offender has violated the standard supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.' |
| | During an office visit on March 27, 2012, the offender admitted associating with Peter Ventricelli, a known felon. |

PROB 12C - Page 2
Hakem Siryani

3            The offender has violated the special supervision condition which states '**ALCOHOL/DRUG TESTING AND TREATMENT**

**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court.  You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'**

On June 27, 2012, the offender tested positive for marijuana during a random urine screen conducted by the undersigned officer via a five-panel instant test. The offender admitted to having smoked the substance on June 26, 2012.

4            The offender has violated the standard supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'**

When questioned regarding the positive marijuana results, the offender reported that he smoked marijuana in furtherance of his cooperation with the Hudson County Prosecutor's Office, when meeting with the target of the investigation. The undersigned officer subsequently confirmed that the offender was never directed to meet with the target of the investigation on June 26, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Gisella M.
Bassolino
2012.07.24
13:50:03 -04'00'

By:  Gisella M. Bassolino
U.S. Probation Officer
Date:  7/24/12

Carolee Ann
Azzarello
2012.07.26
15:58:11 -04'00'

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[  ] The Issuance of a Summons.  Date of Hearing: _____.
[  ] No Action
[  ] Other

_____
Signature of Judicial Officer

7/30/12
_____
Date