UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | x | Hon. Stanley R. Chesler |
| | x | |
| v. | | Crim. No. 11-112 (SRC) |
| | x | |
| HAKEM SIRYANI, | | |
| | x | |
| Defendant. | | ORDER |
| | x | |

This matter having come before this Court with respect to the U.S. Probation Office's Amended Petition for a Warrant or Summons for an Offender under Supervision, and the Court having issued a warrant for the arrest of defendant Hakem Siryani, and the defendant having appeared before this Court on September 10, 2012 at which time the matter was adjourned until November 19, 2012, at 10:30 a.m., and for good cause shown,

IT IS on this 14 day of September, 2012,

ORDERED THAT the arrest warrant issued on July 30, 2012 for defendant Hakem Siryani is hereby vacated.

HON. STANLEY R. CHESLER
United States District Judge